No. 275. WINCKLER & SMITH CITRUS PRODUCTS CO. ET AL. *v.* SUNKIST GROWERS, INC., ET AL. C. A. 9th Cir. Certiorari denied. *William C. Dixon* and *Holmes Baldridge* for petitioners. *Ross C. Fisher* and *Herman F. Selvin* for respondents.

No. 865. SIMMONS *v.* KANSAS CITY SOUTHERN RAILWAY CO. Court of Civil Appeals of Texas, Ninth Supreme Judicial District. Certiorari denied. *Franklin Jones* and *Scott Baldwin* for petitioner. *Howell Cobb* for respondent.

No. 870. SCHAEFER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Francis S. Clamitz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 881. EXPOSITION PRESS, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Jules R. Teitler* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum, James McI. Henderson* and *Jno. W. Carter, Jr.* for respondent.

No. 887. DIDONATO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *James J. Hanrahan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 914. BAUMGARTEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.